**THE STROJNIK FIRM LLC**
Peter Kristofer Strojnik (SBN 242728)
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
pstrojnik@strojniklaw.com

*Attorneys for Plaintiff*
*THERESA MARIE BROOKE*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>            Plaintiff,<br><br>vs.<br><br>SANTA CRUZ MISSION HOTEL, LP,<br><br>            Defendants. | Case No.: 19-CV-06688-NC<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

**STIPULATION**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims stated therein against all parties, with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED**

October 20, 2020

Respectfully submitted,

/s/
**THE STROJNIK FIRM LLC**
Peter Kristofer Strojnik (SBN 242728)
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
pstrojnik@strojniklaw.com

*Attorneys for Plaintiff*
*Theresa Marie Brooke*

/s/
**ANDERIES & GOMES LLP**
Allan J. Gomes (SBN 225810)
Shane K. Anderies (SBN 215415)
505 Montgomery Street, Floor 11
San Francisco, California 94111
Telephone: (415) 217-8802
Facsimile: (415) 217-8803
agomes@andgolaw.com

*Attorneys for Defendant Santa Cruz Mission Hotel, L.P.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____, 2020

_____
HON. NATHANAEL COUSINS
UNITED STATES DISTRICT JUDGE

**ECF ATTESTATION**

I, Allan J. Gomes, am the ECF User whose ID and password are being to file this JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in this stipulation has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: October 20, 2020                     /s/
                                             Allan J. Gomes